# UNITED STATES DISTRICT COURT
## IN THE MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

CHARLENE DANIELS,
AS NEXT FRIEND ON THE BEHALF
OF C.D. AND ANDRE DANIELS AS
NEXT FRIEND ON THE BEHALF
OF C.D.
    Plaintiffs,

Case No.: 3:15-cv-00679: BJD-JBT

vs.

DUVAL COUNTY OF PUBLIC SCHOOLS
    Defendant.
_____/

## PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

COMES NOW, the Plaintiffs, in and through the undersigned counsel to respond to this honorable court's order to show cause. The Plaintiffs inadvertently failed to file the amended complaint as directed by the Honorable Court. The Plaintiffs attached a copy of the proposed amended complaint to their response to Defendant's Motion to Dismiss. The Plaintiffs mistakenly believed that the amended complaint would be deemed filed upon the Court's granting their request for leave to amend. The Plaintiffs have filed the requisite amended complaint and will exercise due care and attention to the direction of the court going forward.

### CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy was filed using the electronic filing and a copy served upon Ashley Benson, Esquire, Office of General Counsel, City of Jacksonville, 117 W. Duval Street, Suite 480, Jacksonville, FL 32202 on this 27th day of August 2015.

/s/ Jerry Girley
Jerry Girley, Esquire
Florida Bar No: 35771
The Girley Law Firm, PA
125 E. Marks Street
Orlando, FL 32803
Tel: (407) 540-9866
Fax: (407) 540-9867
phyllis@thegirleylawfirm.com